# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| EVONE CLIFFORD,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF YOUTH SERVICES INDIAN RIVER JUVENILE CORRECTION FACILITY,<br><br>        Defendant. | CASE NO. 5:22-CV-01562-AMK<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**JUDGMENT ENTRY** |

For the reasons stated in the Memorandum Opinion and Order issued by this Court on this date, Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: March 3, 2025

                                                */s/ Amanda M. Knapp*
                                                AMANDA M. KNAPP
                                                UNITED STATES MAGISTRATE JUDGE